# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 17 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Jose PERUSQUIA-Rodriguez<br>YOB: 1963<br>COB: MX | ) ) ) ) | Case No. M-16-1336-M |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 15, 2016__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841<br>Title 21 USC 952 | Defendant did, knowingly and intentionally possess with the intent to distribute approximately seven kilograms of cocaine, a Schedule II controlled substance, and for the unlawful importation of a controlled substance, to wit, seven kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature

Rolando Lerma Jr., HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: July 17, 2016 11:08a

_____
Judge's signature

City and state: McAllen, Tx

Peter E. Ormsby, U.S. Magistrate
Printed name and title

## Attachment "A"

I, Rolando Lerma Jr., Special Agent of the United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and say the following:

On July 15, 2016, Homeland Security Investigations (HSI) Special Agent (SA) Rolando Lerma Jr. received information from Roma, Texas Port of Entry (POE) Customs and Border Protection (CBP) Officers that at approximately 12:02 p.m., Juan Jose PERUSQUIA-Rodriguez, a Mexican Citizen and sole occupant in the vehicle, arrived at the Roma, Texas POE driving a white 2004 Cadillac four-door sedan and attempted to make entry into the United States. PERUSQUIA-Rodriguez provided a negative oral declaration to CBP Officers when asked if he was bringing any merchandise into the country. In the passport control office, PERUSQUIA-Rodriguez told a CBP Officer he was traveling to San Antonio, Texas, to buy a computer for a vehicle. During the application process for an I-94 travel permit, a CBP Officer noticed PERUSQUIA-Rodriguez' hands were shaking, his voice was trembling, and his right cheek was twitching. Based on training, knowledge, and experience, the CBP Officer referred PERUSQUIA-Rodriguez' white Cadillac to a secondary inspection. An X-Ray inspection discovered an anomaly in the vehicle's firewall area, and a CBP K-9 alerted to the presence of narcotics near the firewall. CBP Officers then discovered and extracted ten (10) brick-shaped packages holding approximately seven (7) kilograms of suspected cocaine concealed in the firewall area. CBP Officers field-tested the suspected cocaine and it yielded positive results for cocaine.

HSI SA Lerma arrived to the Roma, Texas POE to investigate and advised PERUSQUIA-Rodriguez of his Miranda Rights. PERUSQUIA-Rodriguez stated he understood his rights and was willing to answer questions without an attorney present. PERUSQUIA-Rodriguez stated he left his home in Monterrey, Mexico, at approximately 8:00 a.m. and attempted to enter the U.S. to travel to San Antonio, Texas, for the purpose of buying a computer for another vehicle he had in Mexico. He could not provide a part number or any other specific information for the computer he claimed he wanted to buy. PERUSQUIA-Rodriguez stated he bought his white Cadillac approximately one year ago; it is his personal vehicle registered

under his name; and that nobody else drives it. PERUSQUIA-Rodriguez said the last time his vehicle was serviced by a mechanic was four months ago. PERUSQUIA-Rodriguez was not willing to answer questions regarding the cocaine, but commented that if the cocaine was found in his car, then he was responsible for it.

The facts of the case were presented to AUSA Bobby Lopez and he approved federal prosecution of PERUSQUIA-Rodriguez.

Rolando Lerma
Special Agent
Homeland Security Investigations

Signed and Sworn to before me this July 17, 2016.

Peter E. Ormsby, U.S. Magistrate Judge